

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00413-CR

| | | |
|---|---|---|
| JOSHUA FLORES, Appellant | § | On Appeal from the 367th District Court |
| | § | of Denton County (F21-1438-462) |
| v. | § | October 30, 2025 |
| | § | Memorandum Opinion by Justice Womack |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect (1) that Joshua Flores was convicted of an offense under Penal Code Section 22.021, not Section 21.02, and (2) that he pleaded not guilty. In addition, the bill of costs is modified (1) to reflect the charges set forth in the "New Amount" column of the table found on page 22 of the court's memorandum opinion of even date herewith and (2) to include a statement that the assessed costs and fees are not payable by Flores until his release from confinement.

It is ordered that the trial court's judgment is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By // Dana Womack
Justice Dana Womack